IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **TERRENCE HERSCHEL GAY,** | : : | |
| **Plaintiff,** | : : | **Case No. 4:22-cv-00157-CDL-MSH** |
| v. | : : | |
| **ADMINISTRATIVE OFFICE OF THE COURTS,** *et al.*, | : : : | |
| **Defendants.** | : : | |

# ORDER

*Pro se* Plaintiff Terrence Herschel Gay, a possible inmate at the Muscogee County Jail in Columbus, Georgia, filed a 42 U.S.C. § 1983 complaint. ECF No. 1. Plaintiff also filed a motion for leave to proceed *in forma pauperis* without the statutory supporting documentation. ECF No. 2. On October 27, 2022, Plaintiff was ordered to either submit a certified copy of his inmate trust account for the preceding six months in support of his motion to proceed *in forma pauperis* or pay the full filing fee. ECF No. 4. Plaintiff was given fourteen (14) days to comply and was informed that failure to comply would result in dismissal of this action. *Id*. Plaintiff failed to submit the account statement as ordered.

Therefore, on November 28, 2022, the Court notified Plaintiff that it had not received the filing fee or a certified account statement as ordered. ECF No. 6. The Court ordered Plaintiff to show cause why this action should not be dismissed for failure to comply with the Court's previous order or otherwise address the statutorily improper motion for leave to proceed *in forma pauperis*. *Id*. The Court unambiguously informed

Plaintiff that this action would be dismissed if he failed to comply with this Court's orders. *Id*. Plaintiff was given fourteen (14) days to respond. *Id*. Plaintiff has once again failed to pay the filing fee or submit a certified inmate account statement. Instead, he impudently submitted an account certification form that was not signed by a jail official without the statutory inmate account statement for the preceding six months. ECF No. 7. Attached to this filing was pages of gibberish with references to "currency smart contracts = Proofsuite", "Eethg Sale of Tokenization Rights = X 3 Real estate Intellectual Property Content", "1 Eethg = $8,000,000,000.00 BTC=Bitcoin (CW)", and pages of possible addresses with the titling caption of "Eethg Corps, Ph.D Terrence Hershel Gay Entail Establishment". *See* ECF No. 7-1 at 3-6.

Because Plaintiff has failed to comply with the Court's orders or otherwise prosecute his case, this complaint is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED,** this **19th** day of **December, 2022**.

S/Clay D. Land

CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT